THOMAS DANIEL JORDAN
1250 HWY 43 N
PELAHATCHIE, MS 39145

JEFFERSON CAPITAL SYST
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KIMBERLY WINDHAM
503 CITY LIMITS RD
BRANDON, MS 39042

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING, TX 75016

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

AVANT
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

PROSPER FUNDING, LLC
221 MAIN ST
STE 300
SAN FRANCISCO, CA 94105

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

RECEIVABLE MANAGEMENT
ATTN: BANKRUPTCY
7350 TILGHMAN ST
ALLENTOWN, PA 18106

FIRST SAVINGS BANK
ATTN: BANKRUPTCY
PO BOX 5096
SIOUX FALLS, SD 57117

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

IMAGINE CREDIT
ATTN: ACCOUNT SERVICES
PO BOX 105824
ATLANTA, GA 30348

UHG I, LLC
6400 SHERIDAN DR
STE 138
BUFFALO, NY 14221

JACOB LAW GROUP
P.O. BOX 948
OXFORD, MS 38655

WEBBANK
PO BOX 3316
EVANSVILLE, IN 47732