Certificate Number: 17082-MSS-DE-040672883

Bankruptcy Case Number: 25-03178



17082-MSS-DE-040672883

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2026, at 10:27 o'clock PM MST, THOMAS D JORDAN completed a course on personal financial management given in person by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 28, 2026

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director